**J. H. BROOKS, DBA Brooks Oil Company, Appellant,**

v.

**Sillis BROOKS et al., Appellees.**

Court of Appeals of Kentucky.

June 17, 1960.

Logan E. Patterson, Pineville, for appellant.

Robert R. R. Boone, Pineville, Robert J. Watson, Middlesboro, for appellees.

PER CURIAM.

Motion for an appeal from a judgment of the Bell Circuit Court for $1,820 and interest for accrued rent due under a contract and lease of gasoline service station property.

We concur in the conclusion of the trial court that the defense offered constituted an oral modification of a definite and clear written contract rather than being a supplement or different agreement; hence, the defense may not be sustained.

Motion for an appeal is overruled and the judgment stands affirmed.